UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
JUAN B. PUJOL MOREIRA, *in his personal capacity and* :
*as Personal Representative and Administrator of the* :
ESTATE OF NIEVES PUJOL a/k/a NIEVES MOREIRA   :   20-CV-9380 (JMF)
MARTINEZ, et al., :
: ORDER
Plaintiffs, :
:
-v- :
:
SOCIETE GENERALE, S.A., et al., :
:
Defendants. :
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On January 27, 2021, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      It is hereby ORDERED that, in light of the briefing schedule adopted on December 29, 2020, ECF No. 18, Plaintiff shall file any amended complaint **no later than thirty days after the motion to dismiss was filed**.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss, any opposition shall be filed within thirty days after the motion, and any reply shall be filed within twenty-one days of any opposition.

      If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **thirty days after the motion was filed**, and Defendant shall file any reply by **twenty-one days after the opposition is filed**.  *See* ECF No. 18.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for February 11, 2021 is adjourned *sine die*.

      SO ORDERED.

Dated: January 28, 2021
      New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge