UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
JUAN B. PUJOL MOREIRA, *in his personal capacity*  :
*and as Personal Representative and Administrator of the*  :
ESTATE OF NIEVES PUJOL a/k/a NIEVES MOREIRA  :    20-CV-9380 (JMF)
MARTINEZ, et al.,                                  :
               :    <u>ORDER</u>
             Plaintiffs,    :
               :
   -v-             :
               :
SOCIETE GENERALE, S.A., et al.,  :
               :
             Defendants.  :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 40, Defendants' earlier motion to dismiss filed at ECF No. 24 is hereby DENIED as moot.  Per the Court's Order of January 28, 2021, ECF No. 27, Plaintiffs' opposition to the new motion to dismiss is due by **April 19, 2021**.  Defendants' reply, if any, is due by **May 10, 2021**.

      The Clerk of Court is directed to terminate ECF No. 24.

      SO ORDERED.

Dated: March 22, 2021
      New York, New York                             JESSE M. FURMAN
                                                          United States District Judge