

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

April 19, 2021

BY ECF

Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Juan B. Pujol Moreira, et al. v. Société Générale, S.A., et al.*, No. 20-cv-9380-JMF

Dear Judge Furman,

  Pursuant to Your Honor's Individual Rules 2(D) and 3(G), we respectfully request that you allow Plaintiffs argument on Defendants' motion to dismiss. Our argument would be presented by James Barta, an associate with MoloLamken LLP.

  We believe our brief clearly sets forth the basis for complete denial of Defendants' motion. However, in addition to providing the opportunity for Mr. Barta to argue before the Court, the hearing would also allow the Court to raise any questions it might have about the Helms-Burton Act, which is invoked fairly infrequently.

  Should argument in any way slow down a decision on the motion, we, of course, would be willing to waive it in the interest of swift justice for our clients. We would have no objection to Defendants having a junior lawyer on their side argue as well should they wish to be heard.

           Sincerely,

           /s/ Steven F. Molo
           Steven F. Molo

cc: All counsel of record by ECF