UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUAN B. PUJOL MOREIRA, in his personal capacity :
and as Personal Representative and Administrator of the :
ESTATE OF NIEVES PUJOL a/k/a NIEVES MOREIRA : 20-CV-9380 (JMF)
MARTINEZ, et al., :
: ORDER
Plaintiffs, :
-v- :
:
SOCIETE GENERALE, S.A., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 4, 2022, Plaintiffs filed an amended complaint. ECF No. 67. It is hereby ORDERED that the parties shall confer and submit a joint letter proposing next steps in this case, including whether a conference should be held, by **February 10, 2022**.

Dated: February 7, 2022               _____
     New York, New York                    JESSE M. FURMAN
                                         United States District Judge