**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUAN B. PUJOL MOREIRA, *in his personal capacity*
*And as Personal Representative and Administrator of the*
ESTATE OF NIEVES PUJOL a/k/a NIEVES MOREIRA
MARTINEZ et al.,

       Plaintiff,

-against-              20 **CIVIL** 9380 (JMF)

## JUDGMENT

SOCIÉTÉ GÉNÉRALE, S.A. et al.,

       Defendants.
-------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 16, 2023, Paribas's motion to dismiss must be and is GRANTED, and the Court need not and does not address Paribas's other arguments for dismissal. Further, because the Court previously granted Plaintiffs leave to amend and because Plaintiffs neither suggest that they have additional facts that would render their claims against Paribas timely nor request leave to amend again, the Court declines to grant Plaintiffs another opportunity to amend.; accordingly, the case is closed.

**Dated:**  New York, New York

   February 17, 2023

                     **RUBY J. KRAJICK**

                     _____
                     **Clerk of Court**

            **BY:**

                     _____
                     **Deputy Clerk**